UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER LOADHOLT, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>HOLLYWOOD MEGA, INC.<br><br>Defendant. | Civil Case Number: 1:22-cv-08239-VSB |

## NOTICE OF SETTLEMENT

The undersigned counsel for the Plaintiff hereby provides notice to the Court that a settlement has been reached between Plaintiff and Defendant in this action and the settlement is in the process of being finalized. Once the settlement agreement is fully executed, the Plaintiff shall file a Notice of Voluntary Dismissal with prejudice, and without attorneys' fees or costs. Accordingly, it is respectfully requested that the matter be stayed for sixty (60) days to allow the parties to execute settlement.

Dated: November 23, 2022

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Phone: (732) 695-3282
Fax: (732) 298-6256
Email: YZelman@MarcusZelman.com

*Attorneys for Plaintiff*
*Christopher Loadholt*